**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

Jennifer Johns, et al.,

vs.

Encore Receivable Management,
Inc.,

**NOTICE**
CASE NUMBER:   2:08-cv-0519

JUDGE SARGUS
Magistrate Judge Kemp

[ x ]      **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:      United States District Court
            85 Marconi Boulevard
            Columbus OH  43215

**VIA TELEPHONE**

**OCTOBER 8, 2008 @ 9:00 A.M.**

Type of Proceedings:   **SETTLEMENT CONFERENCE**
                       **with mediator Laurence E. Sturtz**

**PLEASE NOTE:**  The trial attorney for each party and the principal must attend the settlement conference.

TERENCE P. KEMP
UNITED STATES MAGISTRATE JUDGE

Date: October 8, 2008

*/s/ Wanda J. Harrison*
(BY)Wanda Harrison, Deputy Clerk
(614) 719-3023