## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Johns, et al., | Case No.: 08-cv-519 |
| Plaintiffs, | Judge: Sargus |
| v. | Magistrate Judge: Kemp |
| Encore Receivable Management, Inc., | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes the parties, by and through counsel, and hereby dismiss the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(ii).  Each party to bear its own costs and attorney fees.


RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Macey & Aleman, P.C. | Kemp, Schaeffer, Rowe & Lardiere |
| By: /s/ Richard J. Meier | By: /s/ Erica Ann Probst |
| Richard J. Meier | Erica Ann Probst |
| 233 S. Wacker Drive, Suite 5150 | 88 W. Mound Street |
| Chicago, IL 60606 | Columbus, OH 43215 |
| Telephone: 1.866.339.1156 | Telephone: 614-224-2678 |
| rjm@legalhelpers.com | Erica@ksrlegal.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

2

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on January 22, 2009, a copy of the foregoing STIPULATION was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

              <u>/s/ Richard J. Meier</u>